UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK J. LAWRENCE,
    Plaintiff,

v

ERIC J. PELTON, individually and
in his official capacity as President of the
Michigan Board of Law Examiners,
    Defendant.

Civ. No. No. 1:17-cv-289
Hon. Paul Maloney

**FILED - LN**
June 8, 2017 9:56 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: clw /    SCANNED BY: /  6/8

## PLAINTIFF'S RESPONSE IN OPPOSITION
## TO DEFENDANT'S MOTION TO DISMISS

The day after Defendant Pelton's Motion to Dismiss (ECF No. 11) was filed, Plaintiff responded to that request by filing a Motion to Expedite it (ECF No. 14). Plaintiff's Motion to Expedite contains the reasons why Pelton's Motion should be denied and Plaintiff incorporates those reasons herein. This separate response is only being filed in order to comply with Local Rule 7.2(c).

Plaintiff has nothing further to add.

Dated: June 6, 2017

Respectfully submitted:

[signature]
Frank J. Lawrence
941 Westview Road
Bloomfield Hills, MI  48304
(248) 722-2560

## PROOF OF SERVICE

I hereby certify that, on this 6th day of June, 2017, I have caused one copy of the foregoing Response to Motion to Dismiss and this Certificate of Service to be served by first class mail on the following:

John G. Fedynsky (P65232)
Attorney for Defendant
Michigan Dept. of Attorney General
525 W. Ottawa St.
Lansing, MI  48933
(517) 373-1110

Dated: June 6, 2017

Respectfully submitted:

Frank J. Lawrence
941 Westview Road
Bloomfield Hills, MI  48304
(248) 722-2560

2

Frank Lawrence
941 Westview Road
Bloomfield Hills, MI 48304

MI-480
06 JUN '17
PM 17 L



United States District Court, E.D. Michigan
Clerk's Office
113 Federal Bldg.
315 W. Allegan St.
Lansing, MI 48933



48933-152799