UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| FRANK J. LAWRENCE, JR., | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:17-cv-289 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| ERIC PELTON, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**PIT IS SO ORDERED.**

Date: October 14, 2020                         /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge